DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE ESTATE OF LOUISE F. CLEPEA, A. JOHN CLEPEA,**
Husband and Personal Representative,
Appellant,

v.

**THOMAS SAMUEL, M.D.,** and **CASSANN BLAKE, M.D.**,
Appellees.

No. 4D17-3219

[May 10, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. 16-015133 CACE (18).

A. John Clepea, Margate, pro se.

William V. Carcioppolo and Shari D. Smith of LaCava & Jacobson, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***